UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

In re

BETSEY WARREN LEBBOS,

        Debtor.
_____/

NO. CIV. S 08-0440 FCD KJM
BAP No. 08-1032
BANKR. CT. NO. 06-2225
MEMORANDUM AND ORDER

BETSEY WARREN LEBBOS,

        Appellant,

   v.

LINDA S. SCHUETTE, Trustee;
UNITED STATES TRUSTEE,

        Appellees.
_____/

----oo0oo----

On January 17, 2008, the bankruptcy court entered an order denying Debtor's December 10, 2007, motion to dismiss her bankruptcy case (the "January 17 Order"). Appellant filed a notice of appeal to the United States Bankruptcy Appellate Panel (the "BAP") on January 28, 2008. Subsequently, on February 11,

2008, Appellant moved to transfer her appeal regarding the January 17 Order to the District Court and for leave to proceed *in forma pauperis* ("IFP"). On March 10, 2008, the BAP issued an order (the "March 10 Order"), providing that the appeal will proceed before the BAP and transferring appellant's motion to the District Court for resolution of the motion to proceed IFP.

On March 17, 2008, Appellant filed a Notice of a Motion to transfer appeal to District Court and Notice of Motion to proceed IFP. (Docket #4, filed Mar. 17, 2008). The District Court subsequently referred the case to Magistrate Judge Kimberly J. Mueller for the limited purpose of review and approval/disapproval of the IFP application. (Referral Order, Docket #8, filed Mar. 27, 2008). On April 1, 2008, the District Court received an order filed by the BAP on March 26, 2008 (the "March 26 Order"), vacating the transfer of IFP motion to District Court and requiring Appellant to pay the filing fee. (Notice, filed Apr. 2, 2008).

In light of the BAP's Orders, which denied Appellant's motion to transfer the appeal of the bankruptcy court's January 17 Order to the District Court and which vacated any prior referral to the District Court, this court does not have jurisdiction to hear any matters relating to the appeal of the January 17 Order. Accordingly, the Referral Order to the Magistrate Judge, filed Mar. 27, 2008, is VACATED. Appellant's Motion to transfer appeal and Motion for leave to proceed IFP (Docket #4) is DENIED.

/////

/////

IT IS SO ORDERED.

DATED: April 2, 2008

_____
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE