UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

In re

BETSEY WARREN LEBBOS,

       Debtor.
_____/

NO. CIV. S 08-0440 FCD KJM
BAP No. 08-1032
BANKR. CT. NO. 06-2225
<u>MEMORANDUM AND ORDER</u>

BETSEY WARREN LEBBOS,

       Appellant,

  v.

LINDA S. SCHUETTE, Trustee;
UNITED STATES TRUSTEE,

       Appellees.
_____

----oo0oo----

    On April 2, 2008, the court issued a Memorandum and Order ("Order"), denying Appellant Betsey Warren Lebbos' motion to proceed *in forma pauperis* ("IFP") based upon a Notice of Order Vacating Transfer of IFP Motion ("Vacate Order"), filed on April 2, 2008.  However, this Order was mistakenly filed and does

not apply to the pending motion before this court to proceed IFP. The IFP application before this court applies to Appellant's appeal of an order by the bankruptcy judge, filed January 17, 2008, regarding her motion to dismiss, which was filed on December 10, 2007.  The Vacate Order did not apply to this case but rather, to another appeal filed by Appellant of an order by the bankruptcy judge, also filed January 17, 2008, regarding her motion to terminate the trustee, filed on December 13, 2007.[1] Therefore, because the court's denial of the IFP application in this case was premised on the Vacate Order which applied to a separate appeal by Appellant Lebbos, this court's April 2, 2008 Order is VACATED.

In reviewing the docket in this matter, the court notes that the Notice of a Motion to transfer appeal to District Court and Notice of Motion to proceed IFP ("IFP motion") [Docket #4], which was filed on March 17, 2008, is unrelated to the Notice of Bankruptcy Appeal [Docket #1], which opened this case.  The Clerk of Court is directed to open a miscellaneous case for the sole purpose of reviewing the IFP application as directed by the United States Bankruptcy Appellate Panel (the "BAP").  As such, Docket #4 shall be the opening document of this new miscellaneous case.  The Clerk shall also transfer Docket #8, Docket #9, Docket #11, Docket #18, Docket #21 and this order to the new miscellaneous case.

---

[1] The confusion regarding these two appeals by Appellant Lebbos to the BAP and subsequent transfer of the appeals from the BAP to the district court for review of the IFP motions is clarified in the letter to the court from the BAP, filed April 4, 2008.  (Letter [Docket #18], filed Apr. 4, 2008).

1    Moreover, in light of this order, the court again
2 specifically refers the instant case to a magistrate judge for
3 the limited purpose of review and approval/disapproval of the IFP
4 application.
5    IT IS SO ORDERED.
6 DATED: April 7, 2008

                                    _____
                                    FRANK C. DAMRELL, Jr.
                                    UNITED STATES DISTRICT JUDGE