IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BETSEY LEBBOS,

      Appellant,                    No. 08 MC 46 FCD KJM

      vs.

LINDA SCHUETTE, Trustee,

      Appellee.                    <u>ORDER</u>

_____/

      This matter was referred to the undersigned for the limited purpose of review and approval/disapproval of the in forma pauperis application entered on the docket in this miscellaneous action on March 27, 2008. Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

      In accordance with the above, IT IS HEREBY ORDERED that plaintiff's request to proceed in forma pauperis is granted.

DATED: May 2, 2008.

                                                  _____
                                                  U.S. MAGISTRATE JUDGE

006
lebbos.ifp

1